```
                                          FILED
                                  CLERK, U.S. DISTRICT COURT

                                       FEB - 8 2008

                                  CENTRAL DISTRICT OF CALIFORNIA
                                  BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAVIER ZAMORA, | ) |
| | ) CV NO. 02-3002-CAS(AJW) |
| Petitioner, | ) |
| | ) |
| v. | ) JUDGMENT |
| | ) |
| DERRAL G. ADAMS, Warden, | ) |
| | ) |
| Respondent. | ) |

Pursuant to the Ninth Circuit's November 26, 2007 memorandum decision, **it is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: February 7, 2008

Christina A. Snyder
United States District Judge